UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 14, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-CR-93 (CRC) |
| v. | |
| SHELDON MARBLEY, SHAMEKA HAYES, | VIOLATIONS: 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Para-Fluorofentanyl and Cocaine) |
| Defendants. | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Para-Fluorofentanyl and Cocaine Resulting in Substantial Bodily Injury) |
| | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Para-Fluorofentanyl and Cocaine Resulting in Death) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |
| | FORFEITURE: 21 U.S.C. §§ 853(a) and (p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 28, 2022, within the District of Columbia and elsewhere, **SHELDON MARBLEY** and **SHAMEKA HAYES**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of Para-Fluorofentanyl, a Schedule I narcotic drug

controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute Para-Fluorofentanyl and Cocaine, in violation of Title 21, United States Code, Section 846)**

## COUNT TWO

On or about January 28, 2022, within the District of Columbia, **SHELDON MARBLEY** and **SHAMEKA HAYES**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Para-Fluorofentanyl, a Schedule I narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, resulting in substantial bodily injury to a male victim.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Para-Fluorofentanyl and Cocaine Resulting in Substantial Bodily Injury and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)**

## COUNT THREE

On or about January 28, 2022, within the District of Columbia, **SHELDON MARBLEY** and **SHAMEKA HAYES**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Para-Fluorofentanyl, a Schedule I narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, resulting in substantial bodily injury to a female victim.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Para-Fluorofentanyl and Cocaine Resulting in Substantial Bodily Injury and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)**

## COUNT FOUR

On or about January 28, 2022, within the District of Columbia, **SHELDON MARBLEY** and **SHAMEKA HAYES**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Para-Fluorofentanyl, a Schedule I narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, resulting in the death of Gloria Jean Hamilton.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Para-Fluorofentanyl and Cocaine Resulting in Death and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)**

## COUNT FIVE

On or about January 28, 2022, within the District of Columbia, **SHELDON MARBLEY** and **SHAMEKA HAYES**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of Para-Fluorofentanyl, a Schedule I narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, resulting in the death of Lawrence Oliver Lucas.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Para-Fluorofentanyl and Cocaine Resulting in Death and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)**

## FORFEITURE ALLEGATION

1.  Upon conviction of any of the offenses alleged in Counts One through Five of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture

money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 21, United States Code, Sections 853(a), (p))**

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.